

# Fourth Court of Appeals
## San Antonio, Texas

February 19, 2025

No. 04-24-00661-CV

**IN RE TEXAS FIRST RENTALS, LLC**

Original Mandamus Proceeding[1]

**ORDER**

On September 30, 2024, relator filed a petition for writ of mandamus asserting the trial court erred by granting real parties in interest's bill of review.

After considering the mandamus petition and record, real parties in interest's response, and relator's reply, we conclude the trial court erred when it granted the real parties in interest's bill of review. We conditionally grant the writ of mandamus and direct the trial court to: (1) vacate its August 15, 2024 order granting real parties in interest's bill of review; and (2) reinstate the trial court's December 6, 2023 default judgment. The writ will issue only in the event the trial court fails to comply within fifteen days from the date of this opinion.

It is so **ORDERED** on February 19, 2025.

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of February, 2025.

_Luz Estrada_
Luz Estrada, Chief Deputy Clerk

---

[1] This proceeding arises out of Cause No. 2024-CI-10367, styled *Team Vision, LLC and Fakhruddin Sabir v. Texas First Rentals, LLC*, pending in the 408th Judicial District Court, Bexar County, Texas, in which the Honorable Angelica Jimenez presides. However, the Honorable Rosie Alvarado is the judge who heard the bill of review and issued the ruling being challenged in this mandamus proceeding.